

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00230-CV

| | | |
|---|---|---|
| MIRANDA ALLEN, Appellant | § | On Appeal from County Court at Law No. 2 |
| | § | of Tarrant County (2016-004707-2) |
| | § | December 17, 2020 |
| V. | § | Memorandum Opinion by Justice Wallach |
| | § | Dissenting Memorandum Opinion |
| ASHLEE INMAN, Appellee | § | by Justice Gabriel |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that Appellant Miranda Allen shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS


By _/s/ Mike Wallach_____
    Justice Mike Wallach